```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA        :   No. 1:06-cr-199-GK
                                :
        v.                      :
                                :
DARNELL E. STEWART, JR.,        :
        Defendant               :
```

O R D E R

Upon consideration of the government's motion to introduce evidence of other crimes and bad acts pursuant to rule 404(b), any opposition thereto, and the entire record in this matter, it is hereby ORDERED that the motion is GRANTED.

```
                                _____
                                Gladys Kessler
                                United States District Judge
```

_____
date