UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:06-cr-199-GK |
| **v.** | : | |
| **DARNELL E. STEWART, JR.,** | : | |
| **Defendant** | : | |

O R D E R

Upon consideration of the defendant's motion to suppress tangible evidence, the government's opposition thereto, and the entire record in this matter, it is hereby

ORDERED that the motion is DENIED.

_____
Gladys Kessler
United States District Judge

_____
date