UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 1:06-cr-199-GK |
| v. : | |
| **DARNELL E. STEWART, JR.,** : | |
| **Defendant** : | |

Government's Reply To Defendant's Opposition to Government's
Motion Seeking Admission Of Rule 404(b) Evidence

The United States of America, by and through the United States Attorney for the District of Columbia, hereby replies to defendant Darnell E. Stewart, Jr.'s opposition to the government's motion seeking admission of rule 404(b) evidence.

Defendant's opposition indicates that the government seeks to introduce evidence of alleged past narcotic sales by the defendant, which resulted in his arrest on charges that were later dismissed. See Defendant's Opposition at 4-6. While the defendant was indicted for distribution of cocaine on November 13, 1997, which charge was subsequently dismissed prior to the events of this case, the government has not provided notice that it intends to introduce evidence related to that incident and does not intend to do so in its case in chief. However, if the defendant elects to put on evidence at trial and "opens the door" to evidence on this issue, the government reserves the right to offer evidence of the incident, either through cross-examination or in its rebuttal case. See Walder v. United States, 347 U.S. 62, 62-66 (1954).

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

by: _____
    Michael C. Liebman
    Assistant United States Attorney
    D.C. Bar No. 479562
    555 Fourth Street, N.W., room 4231
    Washington, D.C.  20530
    353-2385
    michael.liebman@usdoj.gov