UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States Of America            *

                                                      *

    vs.                    Criminal Case No.: 1:06-CR-199-GK
                                                     *

Darnell E. Stewart, Jr.            *

    Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO EXTEND TIME TO FILE A RESPONSE TO GOVERNMENT'S MOTION TO VACATE COURT ORDER GRANTING DEFENDANT'S MOTION IN OPPOSITION TO GOVERNMENT'S MOTION SEEKING ADMISSION OF RULE 404 (B) EVIDENCE AND REQUEST FOR AN EMERGENCY HEARING**

NOW COMES, counsel of record, Brian K. McDaniel, for the above named defendant, Darnell Stewart, Jr., in the above captioned matter requesting that this court allow defense counsel additional time to file a Motion in Response to the Government's Reply to Defendant's Opposition to Government's Motion Seeking Admission of Rule 404 (B) Evidence. In support of the same counsel proffers the following:

    a)    That defense counsel's trial schedule could not permit immediate response to Government's Response Motion.

    b)    Therefore, based upon the foregoing reason counsel has not been afforded the opportunity to adequately prepare a response in the above-captioned matter.

    c)    Counsel does not seek continuance in this matter as a means of undue delay and burden upon the court and the parties involved in the above-captioned matter.

    d)    Opposing Counsel has been notified of Defendant's intention to file this motion and are unopposed.

WHEREFORE, counsel requests that the scheduling of the above matter be continued until a time deemed acceptable by the Court.

Respectfully Submitted,

_____/s/_____
Brian K. McDaniel, Esq.
1211 Connecticut Ave.
Suite #506
Washington, DC 20036
Counsel For Defendant
202-331-0793
BKMassociates@aol.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of September, 2006, a copy of the foregoing Motion To Extend Time To File a Response to Government's Motion to Vacate Court Order Granting Defendant's Motion in Opposition to Government's Motion Seeking Admission of 404 (B) Evidence and Request for an Emergency Hearing was sent via first electronic filing to:

Michael C. Liebman
Assistant United States Attorney
Rm. 4231
555 4th Street, NW
Washington, DC 20530

                                                                        _____/s/_____
                                                                         Brian K. McDaniel, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States Of America              *

                                      *

   vs.                                         Criminal Case No.: 1:06-CR-199-GK
                                      *

Darnell E. Stewart, Jr.               *

   Defendant                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion For Extension to File a Response to Government's Motion to Vacate Court Order Granting Defendant's Motion in Opposition to the Introduction of 404 (B) Evidence and Request for an Emergency Hearing, it is this _____ day of _____, 2006, hereby

**ORDERED**, that the Defendant's motion is therefore **GRANTED**.

                                                                        _____
                                                                        The Honorable Judge