UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States Of America | * |
| | * |
| vs. | Criminal Case No.: 1:06-CR-199-GK |
| | * |
| Darnell E. Stewart, Jr. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion For Extension to File a Response to Government's Motion to Vacate Court Order Granting Defendant's Motion in Opposition to the Introduction of 404 (B) Evidence and Request for an Emergency Hearing, it is this _____ day of _____, 2006, hereby

**ORDERED**, that the Defendant's motion is therefore **GRANTED**.

_____
The Honorable Judge