UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States Of America          *

                                  *

vs.                               Criminal Case No.: 1:06-CR-199-GK
                                  *

Darnell E. Stewart, Jr.           *

    Defendant                     *

* * * * * * * * * * * *

### ORDER

UPON CONSIDERATION of the Defendant's Motion For Extension to File a Response to Government's Motion to Vacate Court Order Granting Defendant's Motion in Opposition to the Introduction of 404 (B) Evidence and Request for an Emergency Hearing, it is this 3rd day of Oct, 2006, hereby

**ORDERED**, that the Defendant's motion is therefore **GRANTED**.

_Gladys Kessler_
The Honorable Judge

**FILED**

OCT 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT