IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No.: 06-cr-00199-GK-ALL |
| : | Trial Date: December 18, 2006 |
| DARNELL E. STEWART, Jr. : | The Hon. Judge Gladys Kessler |
| : | |
| Defendant, : | |

*******

DEFENDANT STEWART'S FIRST MOTION FOR CONTINUANCE
OF TRIAL DATE

Now comes the defendant, Mr. Darnell E. Stewart, Jr., by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A. in requesting that this court continue the trial date which is currently scheduled for December 18, 2006. In support of said request counsel offers the following:

1.  Mr. Stewart is indicted in a three count indictment charging him with violation of U.S.C. 18 922(g)(1) Unlawful Possession of a Firearm and Ammunition by a Convicted Felon; U.S.C. 21 841(a)(1) and 841(b)(1)(B)(iii) Unlawful Possession with Intent to Distribute 5 Grams or more of Cocaine Base; and U.S.C. 18 924(c)(1) Using and carrying and Possessing a Firearm During a Drug Trafficking Offense. This matter is currently scheduled for trial on December 18, 2006.

2.  Counsel, Brian K. McDaniel, has been in a four co-defendant, multiple count Narcotics Conspiracy trial in and before the United States District Court for the District of Columbia in the matter of the United States of America v. Kevin Holland, Criminal No. 05-0386 (ESH) before the Honorable Judge Ellen S. Huvelle, since October 16, 2006. In the month before the beginning of the aforementioned matter, counsel spent the

bulk of his time and energy preparing for the Kevin Holland case which was projected to last until the middle of January 2007.

3. Counsel is not projected to be finished with the U.S. v. Kevin Holland matter until Wednesday December 13, 2006. As a result, counsel is not prepared to proceed with the trial in the at issue case.

4. Counsel has made inquiry of A.U.S.A. Michael Liebman who represents that he opposes the defendant's request for a continuance of this matter.

WHEREFORE, Mr. Stewart through his counsel respectfully requests that this court continue the currently scheduled trial date in this matter.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Asso. P.A.
1211 Connecticut Ave. N.W.
Suite 506
Washington, D.C. 20036
Telephone (202) 331 – 0793
Bkmassociates@aol.com

Counsel for Mr. Darnell Stewart

CERTIFICATE OF MAILING

I hereby certify that on this 8th day of December, 2006, a copy of the foregoing Motion to Continue Trial Date and it's attending Order were mailed first class postage prepaid to: A.U.S.A. Michael Liebman, Esq., U.S. Attorney's Office, 555 Fourth Street, N.W., Room 4247, Washington, D.C. 20530.

_____
Brian K. McDaniel, Esq.