IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No.: 06-cr-00199-GK-ALL |
| : | Trial Date: December 18, 2006 |
| DARNELL E. STEWART, Jr. : | The Hon. Judge Gladys Kessler |
| : | |
| Defendant, : | |

*******

ORDER

Upon consideration of the defendant Darnell Stewart's First Motion for Continuance of Trial Date, any response thereto and all of the information in the possession of this court, it is this _____ day of _____, 2006 hereby,

ORDERED, that the defendant's motion is GRANTED and

ORDERED, that the trial of this matter shall be set for _____, 2007.

_____
The Honorable Judge Gladys Kessler