IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.: 06-cr-00199-GK-ALL |
| | : | Trial Date: December 18, 2006 |
| DARNELL E. STEWART, Jr. | : | The Hon. Judge Gladys Kessler |
| | : | |
| Defendant, | : | |

*******

MOTION FOR APPOINTMENT OF DEFENSE COUNSEL UNDER CJA ACT

Now comes the defendant, Mr. Darnell E. Stewart, Jr., by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A., in requesting that this court authorize payment of his counsel under the Criminal Justice Act Program. In support of said request counsel offers the following:

1.     Mr. Stewart is indicted in a three count indictment charging him with violation of U.S.C. 18 922(g)(1) Unlawful Possession of a Firearm and Ammunition by a Convicted Felon; U.S.C. 21 841(a)(1) and 841(b)(1)(B)(iii) Unlawful Possession with Intent to Distribute 5 Grams or more of Cocaine Base; and U.S.C. 18 924(c)(1) Using and carrying and Possessing a Firearm During a Drug Trafficking Offense. This matter is currently scheduled for trial on December 18, 2006.

2.     Mr. Stewart was arrested on June 13, 2006. As a result, his mother and other family members made contact with his counsel Brian K. McDaniel as Mr. McDaniel had provided legal services to several of his family members in previous matters. At that time, Mr. Stewart represented and in fact believed that he would be in a position to compensate Mr. McDaniel and the office of McDaniel & Asso. P.A. for their services in

this matter. As he was incarcerated at that time Mr. Stewart was unable to make any

retainer payment to Mr. McDaniel prior to the entrance of appearance of counsel.

3.      As of the date of the drafting of this motion and due to Mr. Stewart's continued

financial embarrassment between his June 2006 arrest date and the present, Mr. Stewart

has not been able to make any payment to Mr. McDaniel and/or his office and does not

foresee any change in his economic position in the near future. As a result, counsel has

not been able to secure the services of a criminal investigator for the proper preparation

of this matter.

4.      As a member of the Federal Public Defender's Criminal Justice Act Panel, Mr.

McDaniel is eligible for appointment in this matter.

        WHEREFORE, Mr. Stewart through his counsel respectfully requests that this

court appoint Mr. McDaniel under the auspices of the CJA program non pro tunc. to the

date of his original arrest.

                                        Respectfully Submitted,


                                        _____
                                        Brian K. McDaniel, Esq.
                                        McDaniel & Asso. P.A.
                                        1211 Connecticut Ave. N.W.
                                        Suite 506
                                        Washington, D.C. 20036
                                        Telephone (202) 331 – 0793
                                        Bkmassociates@aol.com

                        CERTIFICATE OF MAILING

        I hereby certify that on this 8th day of December, 2006, a copy of the foregoing
Motion to Continue Trial Date and it's attending Order were mailed first class postage
prepaid to: A.U.S.A. Michael Liebman, Esq., U.S. Attorney's Office, 555 Fourth Street,
N.W., Room 4247, Washington, D.C. 20530.


                                        _____
                                        Brian K. McDaniel, Esq.