IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No.: 06-cr-00199-GK-ALL |
| : | Trial Date: December 18, 2006 |
| DARNELL E. STEWART, Jr. : | The Hon. Judge Gladys Kessler |
| : | |
| Defendant, : | |

\*\*\*\*\*\*\*

ORDER

Upon consideration of the defendant Darnell Stewart's First Motion for Appointment of Defense Counsel Pursuant to the CJA Act, any response thereto and all of the information in the possession of this court, it is this _____ day of _____, 2006 hereby,

ORDERED, that the defendant's motion is GRANTED and

ORDERED, that counsel's appointment shall be nunc pro tunc to June 13, 2006.

_____
The Honorable Judge Gladys Kessler