UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-199(GK)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DARNELL E. STEWART, JR.** | : | |

### NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney PATRICIA STEWART, no longer represents the United States in this matter. Assistant United States Attorney MICHAEL LIEBMAN, Michael.Liebman@usdoj.gov previously entered his appearance in this case and will continue to represent the United States for all purposes in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

MICHAEL LIEBMAN
Assistant United States Attorney
D.C. Bar Number 479562
555 4th Street, N.W. Room 4231
Washington, D.C. 20530
(202) 305-1916

          /s/
BY: PATRICIA STEWART
Assistant United States Attorney
D.C. Bar No. 358910
5554th Street, N.W. Room 4247
Washington, D.C. 20530
(202) 514-7064
Patricia.Stewart@usdoj.gov