UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 06-199 (GK)** |
| | : | |
| **DARNELL STEWART** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTIFIED
BUSINESS RECORDS, UNDER F.R.E. 803(6) AND 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby serves notice of its intent to introduce the following certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

Records of the Department of Motor Vehicles, for the District of Columbia, which are expected to reflect that Darnell Edward Stewart, having a date of birth of April 28, 1979, has a reported address of 820 Oglethorpe Street, N.E., Washington, D.C. 20011. Copies of the records and attached certification have been provided to defense counsel and are attached as exhibit A.

2

WHEREFORE, the government submits its notice of intent to introduce certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498-610

/s/
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room #4233
Washington, DC 20530
(202) 353-8822; Fax: (202) 616-3782

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by telephone facsimile and by mail, upon the attorney for the defendant, Brian McDaniel, 1211 Connecticut Avenue, NW, Suite 506, Washington, DC 20036, facsimile number (202) 331-7004, on this 16th day of February, 2007.

/s/
Assistant U.S. Attorney

# Exhibit A