# Exhibit A

Case 1:06-cr-00199-GK    Document 26-2    Filed 02/16/2007    Page 1 of 4

# DECLARATION OF BUSINESS RECORD

Pursuant to 28 U.S.C. 1746, I declare:

My name is **CLAUDIA HUFFMAN**.

I am a United States Citizen, and I am over 18 years of age. I am the custodian of records of the District of Columbia Department of Motor Vehicles, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Perham Gorji, requesting specific driver license records of Darnell E. Stewart, Jr., having a date of birth of April 28, 1979, including the individual's reported address, valid on June 13, 2006. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records related to Darnell E. Stewart, Jr., having a date of birth of April 28, 1979:

   (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   (2) were kept in the course of regularly conducted business activity; and

   (3) were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/8/07**.
(Date)

_____
Signature of Declarant

**CLAUDIA HUFFMAN**
Name of Declarant

**DC DMV**
Name of Business

_____
Address of Business

Sworn before me, this **8th** day of February, 2007.

_____
Notary Public

David A. Foster
Notary of Public
District of Columbia
Commission Expires: May 14, 2011




# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120

## 10 YEAR DRIVER RECORD

**Date:** 02-08-2007

**Name:** DARNELL E STEWART
**Address:** 820 OGLETHORPE ST NE
WASHINGTON DC 20011-2737

**License Number:** 1790940    **Birth Date:** 04-28-1979    **Sex:** MALE    **Good Points:** 1    **Total Current Points:** 1
**Height:** 5 feet 09 inches    **Weight:** 235 lbs    **Hair:** BROWN    **Eyes:** BROWN

### License/ID Details

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D | NCDL | 1790940 | REGULAR | VALID | 07-11-2001 | 12-27-2005 | 04-28-2011 |
| D | NCDL | 9575679 | LEARNER | CANCELLED | 07-11-2001 | 09-20-2001 | 10-05-2001 |
| N/A | Over 21 years | 577061057 | ID CARD | CANCELLED | | 07-11-2001 | 09-20-2001 |

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 1. | UNPAID TICKET VIOLATION | 975754850 | 11-20-2002 | 02-06-2003 | RESTORED | DC | 02-06-2003 |
| 2. | UNPAID TICKET VIOLATION | 974198422 | 06-13-2002 | 02-06-2003 | RESTORED | DC | 02-06-2003 |

### Convictions/Violations

| | Citation Date | Disposition Date | Citation/ Violation# | State | Description | Points | Good Points Applied | Total Points |
|---|---|---|---|---|---|---|---|---|
| 1. | 07-15-2006 | 09-22-2006 | 495289126 | DC | PASSING STOP SIGN | 2 | 1 | 1 |
| | Violation Indicator(s): None | | | | | | | |
| 2. | 09-12-2002 | 11-19-2002 | 975754850 | DC | 16 TO 20 MPH IN EXCESS OF SPEED LIMIT | 4 | 0 | 4 |
| | Violation Indicator(s): None | | | | | | | |
| 3. | 03-23-2002 | 06-11-2002 | 974198422 | DC | FAILING TO FASTEN TAG SECURELY | 0 | 0 | 0 |
| | Violation Indicator(s): None | | | | | | | |

Violation Indicator: A - Accident    C - Commercial Motor Vehicle    H - Hazardous Material

### Summary of Good Points

| Credit Year | Good Points | Good Points Added | Good Points Applied | Citation Number |
|---|---|---|---|---|
| 2004 | 1 Used | 08-25-2005 | 09-26-2006 | 495289126 |
| 2005 | 1 | 12-31-2005 | N/A | N/A |

**Class**
A - ALL VEHICLES, EXCEPT MOTORCYCLES
B - VEHICLES >= 26,001GVW; NO TRAILERS > 10K GVW; ALSO CLASSES C, D, N




# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120

## 10 YEAR DRIVER RECORD

Date: 02-08-2007

Name: DARNELL E STEWART
Address: 820 OGLETHORPE ST NE
WASHINGTON  DC  20011-2737

License Number: 1790940   Birth Date: 04-28-1979   Sex: MALE   Good Points: 1   Total Current Points: 1
Height: 5 feet 09 inches   Weight: 235 lbs   Hair: BROWN   Eyes: BROWN

**Class**
C - VEHICLES <= 26,000 GVW; NO TRAILERS > 10K GVW; ALSO CLASSES D, N
D - VEHICLES FOR NON-COMMERCIAL AND PERSONAL USE; ALSO CLASS N
M - MOTORCYCLES ONLY
N - MOPEDS AND MOTOR DRIVEN CYCLES ONLY

**License Type**
CDL - Commercial Driver License
NCDL - Non-Commercial Driver License

~ ~ ~

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

_____   _____   2-8-17
(TYPE)            (TITLE)           (DATE)