# Exhibit A

## DECLARATION OF BUSINESS RECORD

Pursuant to 28 U.S.C. 1746, I declare:

My name is _Lucinda Babers_.

I am a United States Citizen, and I am over 18 years of age. I am the custodian of records of the District of Columbia Department of Motor Vehicles, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Perham Gorji, requesting title and registration applications for the vehicle bearing VIN number 2D8GV58245H131780 and title number K1322648. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records related to the above listed vehicle:

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity; and

    (3) were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/16/07_.
        (Date)

_Lucinda M. Babers_
Signature of Declarant

_Lucinda M. Babers_
Name of Declarant

_DC Dept of Motor Vehicles_
Name of Business

_95 M. St SW, Washington, DC 20024_
Address of Business

Sworn before me, this _16_ day of February, 2007.

_DaCa_
Notary Public

David A. Foster
Notary of Public
District of Columbia
Commission Expires: May 14, 2011

*DCChapter7@DMV on file*

| OFFICE USE ONLY | |
|---|---|
| TAG NUMBER | TITLE NUMBER |
| | K132748 |
| | 1224 |

## APPLICATION FOR A CERTIFICATE OF TITLE
### DISTRICT OF COLUMBIA
### MOTOR VEHICLE SERVICES

A VALID DISTRICT OF COLUMBIA DRIVER'S LICENSE OR DISTRICT OF COLUMBIA NON-DRIVER'S ID OF APPLICANT(S) MUST ACCOMPANY THIS APPLICATION

I (WE) HEREBY APPLY FOR (Check One)   ☐ NEW TITLE NEW TAGS   ☐ NEW TITLE TRANSFER OF TAGS   ☐ TITLE ONLY NO TAGS

| OWNER FULL NAME (PRINT) | LAST STEWART   FIRST DARNELL   MIDDLE EDWARD | DATE OF BIRTH 04 / 28 / 79 | SOCIAL SECURITY NUMBER 577 - 06 - 1057 |
|---|---|---|---|
| JOINT OWNER FULL NAME (PRINT) | LAST   FIRST   MIDDLE | DATE OF BIRTH / / | SOCIAL SECURITY NUMBER / / |
| OWNER'S ADDRESS | (NO) 4010 (STREET) SOUTHERN AVE SE (SECTION) (APT.) (CITY) WASHINGTON (STATE) DC (ZIP) 20020 | | |

### VEHICLE DESCRIPTION

| MAKE | YEAR | BODY STYLE | GVW | WEIGHT EMPTY | KI | COL | VEHICLE IDENTIFICATION NO. (PRINT) |
|---|---|---|---|---|---|---|---|
| DODGE | 2005 | SW/A | | 4142 | | 8 | 2D8GV58245H131780 |

In accordance with 26 CFR, Part 41, proof of payment of the heavy vehicle use tax must be submitted with this application for all vehicles with a gross weight of 55,000 pounds or more. Failure to submit such proof will be grounds for denial of registration.

### ODOMETER STATEMENT

I CERTIFY TO THE BEST OF MY KNOWLEDGE THAT THE ODOMETER READING IS 32393 AND REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED:   ☐ THE AMOUNT OF MILEAGE STATED IS IN EXCESS OF 99,999 MILES OR   ☐ THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.

| EXCISE TAX | NEW VEHICLES ARE TAXED ON THE TOTAL PURCHASE PRICE WITHOUT DEDUCTIONS FOR TRADE-IN $ 25541.90 Selling Price |
|---|---|
| 1787.93 | USED VEHICLES ARE TAXED ON THE FAIR MARKET VALUE $ N/A Fair Market Value |

### LIEN INFORMATION

A LIEN INSTRUMENT MUST ACCOMPANY THIS APPLICATION. IF NOT SUBJECT TO A LIEN, WRITE WORD "NONE" BELOW.

| LIEN HOLDER'S NAME | LIEN HOLDERS ADDRESS | AMOUNT LIEN | LIEN DATE |
|---|---|---|---|
| TRIAD CAPITAL | P.O. BOX 3299 HUNTINGTON BEACH CA 92605-3299 | 22570.93  39826C8 | 02/23/2006 |

### INSURANCE CERTIFICATION
(VALID PROOF OF INSURANCE FOR THIS VEHICLE MUST ACCOMPANY THIS APPLICATION)

NAME OF INSURANCE CO. STATE FARM INSURANCE   POLICY OR BINDER NO. 008405901209

I/WE CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE. INFORMATION AND RELIEF. ANY PERSON USING A FICTITIOUS NAME OR ADDRESS AND/OR KNOWINGLY MAKING ANY FALSE STATEMENTS ON THIS APPLICATION IS IN VIOLATION OF DISTRICT LAW AND SUBJECT TO A FINE OF NOT MORE THAN $300 OR 30 DAYS IMPRISONMENT OR BOTH (D.C. CODE 40-105).

SIGNATURE OF OWNER *Darnell Stewart*   DATE 02/23/2006

SIGNATURE OF JOINT OWNER _____   DATE _____
(MUST BE SIGNED BY OWNER(S), OFFICER OF CORPORATION OR PARTNER OR PARTNERSHIP)

SEE REVERSE SIDE FOR FEES.   EXAMINER APPROVED _____ 3/23/06
DATE

☐ HOLD TITLE   FOR _____   RELEASED BY _____
DATE

(EAG-6)   *Eastern*   Reynolds and Reynolds CC040821 O (01/06)

# RE-ASSIGNMENT OF TITLE BY VIRGINIA MOTOR VEHICLE DEALER

VAD 20 (REV. 12/89)

**9276623**

TITLE NUMBER: 806 R 1100035 A
TITLE STATE: MI
VEHICLE MAKE: DODGE
BODY TYPE: WAGON
YEAR MODEL: 2005
IDENTIFICATION NUMBER: 2D86V5824SH131780

## RE-ASSIGNMENT 2

**RE-ASSIGNMENT BY DEALER** — Federal and State law requires that you state the mileage in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and / or imprisonment.
The undersigned dealer hereby certifies that the vehicle described in this title has been transferred to the following: (printed name and address)

EASTERNS AUTO EXPO
4600 St. Barnabas Rd.

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): 32393
☐ 1. THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
WARNING - ODOMETER DISCREPANCY

Date of Sale: 2-23/06
Dealer's No.: 8345

Signature of Dealer or Agent / Printed Name: M Puente T/C
Printed Firm Name and Address: EASTERNS OF WOODBRIDGE, 14310 Jeff Davis Hwy., Woodbridge, Virginia 22191
"I am aware of the above odometer certification made by the seller."
Signature(s) of Buyer(s) / Printed Name: [signatures]
I warrant the title to the above motor vehicle except that at the time of delivery it is subject to the following liens and none other:

LIENOR'S NAME: none
SIGNATURE OF DEALER OR AUTHORIZED REPRESENTATIVE: M Puente T/C
DATE OF LIEN / DATE: 2-23/06

## RE-ASSIGNMENT 3

**RE-ASSIGNMENT BY DEALER** — Federal and State law requires that you state the mileage in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and / or imprisonment.
The undersigned dealer hereby certifies that the vehicle described in this title has been transferred to the following: (printed name and address)

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): _____
☐ 1. THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
WARNING - ODOMETER DISCREPANCY

Date of Sale: _____
Dealer's No.: _____

Signature of Dealer or Agent / Printed Name: _____
Printed Firm Name and Address: _____
"I am aware of the above odometer certification made by the seller."
Signature(s) of Buyer(s) / Printed Name: _____
I warrant the title to the above motor vehicle except that at the time of delivery it is subject to the following liens and none other:

LIENOR'S NAME: _____
SIGNATURE OF DEALER OR AUTHORIZED REPRESENTATIVE: _____
DATE OF LIEN / DATE: _____

## RE-ASSIGNMENT 4

**RE-ASSIGNMENT BY DEALER** — Federal and State law requires that you state the mileage in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and / or imprisonment.
The undersigned dealer hereby certifies that the vehicle described in this title has been transferred to the following: (printed name and address)

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING (No Tenths): _____
☐ 1. THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
WARNING - ODOMETER DISCREPANCY

Date of Sale: _____
Dealer's No.: _____

Signature of Dealer or Agent / Printed Name: _____
Printed Firm Name and Address: _____
"I am aware of the above odometer certification made by the seller."
Signature(s) of Buyer(s) / Printed Name: _____
I warrant the title to the above motor vehicle except that at the time of delivery it is subject to the following liens and none other:

LIENOR'S NAME: _____
SIGNATURE OF DEALER OR AUTHORIZED REPRESENTATIVE: _____
DATE OF LIEN / DATE: _____

**ANY WILLFUL MISINFORMATION GIVEN WITH FRAUDULENT INTENT MAY BE PUNISHABLE AS PROVIDED BY LAW. NO ADDITIONAL RE-ASSIGNMENTS PERMITTED. WHEN RE-ASSIGNMENT NO. 4 IS COMPLETED, TITLE MUST BE SECURED.**

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

CONTROL NO. 5237826

| THIS DOCUMENT IS VOID IF ANY INFORMATION ENTERED HEREON HAS BEEN ERASED OR ALTERED BY ANY MEANS. UNAUTHORIZED PRINTING OR REPRODUCTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. | DEALER'S BILL OF SALE AND/OR RE-ASSIGNMENT FOR NEW AND USED VEHICLES | THIS FORM IS TO BE USED BY LICENSED DEALER FOR THE PURPOSE OF RE-ASSIGNMENT OF A VEHICLE. THE PROPERLY ASSIGNED OWNERSHIP DOCUMENTS MUST ACCOMPANY THIS FORM. |

SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS
DESCRIPTION OF VEHICLE (Certificate of ownership, properly assigned, must accompany this form)

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | MODEL | ATTACHED TITLE NO. | STATE |
|---|---|---|---|---|---|---|
| 2D8GV58245H131780 | 2005 | DODGE | SW/A | MAGNUM R/ | | DC |

## ASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale __23 FEB 2006__

Name(s) of Buyer(s) __DARNELL EDWARD STEWART__
Address of Buyer(s) __4010 SOUTHERN AVE SE   WASHINGTON   DC   20020__
                         (STREET ADDRESS)     (CITY OR TOWN)   (COUNTY)   (STATE)   (ZIP CODE)

SIGNATURE OF BUYER(S) _Darnell Stewart_   SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF BUYER(S) _Darnell Stewart_   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
__32393__ tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
ODOMETER READING  ☐ 2. The odometer reading is not the actual mileage.   WARNING — ODOMETER DISCREPANCY

| CERTIFIED SELLING PRICE | 25641.90 |
| GROSS TAX COLLECTED | 1787.93 |
| 1.2% FEE ALLOWED   NET TAX REMITTED | $ 21.46   1766.47 |

SIGNATURE OF AUTHORIZED AGENT _Bridget Morris T/C_  DEALER'S NO. __U5086-04__
PRINTED NAME OF AUTHORIZED AGENT _Bridget Morris T/C_
PRINTED NAME OF DEALERSHIP __EASTERNS AUTO EXPO__

NAME OF SECURED PARTY __TRIAD CAPITAL__      AMOUNT OF LIEN __22570.83__   DATE OF LIEN __02/23/2006__   KIND OF LIEN __S/A__
ADDRESS OF SECURED PARTY __P.O. BOX 3299 HUNTINGTON BEACH CA 92605-3299__

☐ Vehicle Emission Report No. _____     ☐ Sold for dismantling or rebuilding

## ASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s) _____
Address of Buyer(s) _____
                         (STREET ADDRESS)   (CITY OR TOWN)   (COUNTY)   (STATE)   (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
_____ (no tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
ODOMETER READING  ☐ 2. The odometer reading is not the actual mileage.   WARNING — ODOMETER DISCREPANCY

| CERTIFIED SELLING PRICE | |
| GROSS TAX COLLECTED | |
| 1.2% FEE ALLOWED   NET TAX REMITTED | |

SIGNATURE OF AUTHORIZED AGENT _____  DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT _____
PRINTED NAME OF DEALERSHIP _____

NAME OF SECURED PARTY _____
ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____   KIND OF LIEN _____

☐ Vehicle Emission Report No. _____     ☐ Sold for dismantling or rebuilding

## ASSIGNMENT

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following.   Date Of Sale _____

Name(s) of Buyer(s) _____
Address of Buyer(s) _____
                         (STREET ADDRESS)   (CITY OR TOWN)   (COUNTY)   (STATE)   (ZIP CODE)

SIGNATURE OF BUYER(S) _____   SIGNATURE OF CO-BUYER(S) _____
PRINTED NAME OF BUYER(S) _____   PRINTED NAME OF CO-BUYER(S) _____

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
_____ (no tenths)  ☐ 1. The mileage stated is in excess of its mechanical limits.
ODOMETER READING  ☐ 2. The odometer reading is not the actual mileage.   WARNING — ODOMETER DISCREPANCY

| CERTIFIED SELLING PRICE | |
| GROSS TAX COLLECTED | |
| 1.2% FEE ALLOWED   NET TAX REMITTED | |

SIGNATURE OF AUTHORIZED AGENT _____  DEALER'S NO. _____
PRINTED NAME OF AUTHORIZED AGENT _____
PRINTED NAME OF DEALERSHIP _____

NAME OF SECURED PARTY _____
ADDRESS OF SECURED PARTY _____   AMOUNT OF LIEN _____   DATE OF LIEN _____   KIND OF LIEN _____

☐ Vehicle Emission Report No. _____     ☐ Sold for dismantling or rebuilding

STATE OF MARYLAND FORM VR-182 (6-91)