UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 06-199 (GK)** |
| | : | |
| **DARNELL STEWART** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTIFIED
BUSINESS RECORDS, UNDER F.R.E. 803(6) AND 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby serves notice of its intent to introduce the following certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

Records of the Department of Motor Vehicles, for the District of Columbia, which are expected to reflect that the application for a Certificate of Title for a 2005 Dodge Magnum, VIN 2D8GV58245H131780, plate number CM3436, title number K1322648, and registered address of 4010 Southern Avenue, S.E., Washington, D.C., is owned by Darnell E Stewart, having a primary address of 820 Oglethorpe Street, N.E., Washington, D.C. 20011. Copies of the records have been provided to defense counsel. A copy of the certification is attached.

2

WHEREFORE, the government submits its notice of intent to introduce certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498-610

_____/s/_____
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room #4233
Washington, DC 20530
(202) 353-8822; Fax: (202) 616-3782

CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by telephone facsimile and by mail, upon the attorney for the defendant, Brian McDaniel, 1211 Connecticut Avenue, NW, Suite 506, Washington, DC 20036, facsimile number (202) 331-7004, on this 16th day of February, 2007.

_____/s/_____
Assistant U.S. Attorney

# Exhibit A