UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-199 (GK) |
| : | |
| DARNELL STEWART : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF FILING

The government requests that the attached Government's Exhibit List and Government's Witness List be made part of the record in this case.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney
                                              Bar No. 498-610

                                              /s/
                                              PERHAM GORJI
                                              Assistant United States Attorney
                                              Federal Major Crimes Section
                                              555 4th Street, N.W.,  Room #4233
                                              Washington, DC 20530
                                              (202) 353-8822; Fax: (202) 616-3782

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by mail, upon the attorney for the defendant, Brian McDaniel, 1211 Connecticut Avenue, NW, Suite 506, Washington, DC 20036, on this 21st day of February, 2007.

                                              /s/
                                              Assistant U.S. Attorney