UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal Case No. 06-199 (GK) |
| | : | |
| DARNELL STEWART | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**Government's Exhibit List**

| No. | Description | Witness | Obj'n | Adm |
|---|---|---|---|---|
| 1 | Aerial Diagram of general area | | | |
| 2 | Photo of car with plate | | | |
| 3 | Photo of Defendant at arrest scene | | | |
| 4 | Photo of entire car | | | |
| 5 | Certified Vehicle Registration | | | |
| 6 | Certified Driver's License | | | |
| 7 | Application for Vehicle Title | | | |
| 8 | Aerial Diagram of 1600 block V Street | | | |
| 9 | OP Report | | | |
| 10 | Aerial Diagram of arrest area | | | |
| 11 | Photo of inside car | | | |
| 12 | Photo of console with drugs | | | |
| 13 | Photo of console with gun | | | |

| | | | | |
|---|---|---|---|---|
| 14 | Photo of glove box | | | |
| 15 | PD 163 | | | |
| 16 | gun | | | |
| 17 | Drug heat seal – KW712 | | | |
| 18 | Photo of drugs laid out | | | |
| 19 | property bag containing ammunition (10 rounds) | | | |
| 20a | latent print | | | |
| 20b | latent print | | | |
| 21 | Notes from Officer Wise | | | |
| 22 | Stipulation (firearm) | | | |
| 23 | Stipulation (interstate) | | | |
| 24 | Stipulation (prior conviction) | | | |
| 25 | property bag containing $795 | | | |
| 26 | property bag containing papers from car [will mark as 26a & 26b] | | | |
| 26a | Darcars Chrysler paperwork | | | |
| 26b | State Farm Insurance paperwork | | | |
| 27 | Stipulation (chemist) | | | |
| 28 | DEA lab report | | | |
| 29 | PD 668 Evidence Report | | | |
| 30 | Ms. Evans' latent print diagram | | | |
| 31 | PD 791 Firearm Examination | | | |
| 32 | PD 81 drugs | | | |
| 33 | PD 81 gun | | | |

| | | | | |
|---|---|---|---|---|
| 34 | PD 81 money | | | |
| 35 | PD 81 papers | | | |
| 36 | PD 81 car | | | |
| 37 | PD Arrest Event Log | | | |
| 38 | Complaint & Statement | | | |
| 39 | Notes from Officer Anderson | | | |
| 40 | Detective Delaney statement of probable cause | | | |
| 41 | Defendant's confession from prior case | | | |
| 42 | Defendant's prior conviction | | | |
| 43 | Pretrial Agency Report (PO Vaughn Wilson) | | | |
| 44 | Pretrial Agency Report (PO Melvin Tildon) | | | |
| 45 | | | | |
| 46 | | | | |
| 47 | | | | |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |

Case 1:06-cr-00199-GK    Document 30-2    Filed 02/21/2007    Page 4 of 4