# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 06-199 (GK)** |
| | : | |
| **DARNELL STEWART** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached expert notice letter dated February 21, 2007, be made part of the record in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498-610

/s/
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room #4233
Washington, DC 20530
(202) 353-8822; Fax: (202) 616-3782

## CERTIFICATE OF SERVICE

_____ I HEREBY CERTIFY that a copy of this Notice of Filing was served by mail, upon the attorney for the defendant, Brian McDaniel, 1211 Connecticut Avenue, NW, Suite 506, Washington, DC 20036, on this 21st day of February, 2007.

/s/
Assistant U.S. Attorney