

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 21, 2007

Brian K. McDaniel
1211 Connecticut Avenue, N.W., Suite 506
Washington, D.C. 20036
fax: 202-331-7004

<u>RE:  United States v. Darnell Stewart, 06-199 (GK)</u>

Dear Counsel:

  The government previously provided notice that BATFE Special Agent Joshua Green would be called in the above referenced case as an expert in the field of the interstate and foreign commerce nexus of firearms and ammunition.  The government has learned that Special Agent Green is unavailable for trial.  Accordingly, the government will call his colleague BATFE Special Agent Darin W. Ramsey as an expert at trial to opine that the firearm and ammunition involved in this case moved in interstate or foreign commerce prior to your client's arrest.  SA Ramsey's opinion will be based on his training and experience and his examination of the firearm and ammunition recovered in this case.  A "qualification statement" for SA Ramsey is attached.

  Finally, please advise me at your earliest opportunity whether you would be willing to stipulate on this issue.

           Sincerely,


           Perham Gorji
           Assistant U.S. Attorney