## **STATEMENT OF QUALIFICATIONS**

Darin W. Ramsey, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Falls Church, Virginia

I, Darin W. Ramsey, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and its predecessor, and have been so employed since July 2000. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined hundreds of firearms and thousands of rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

   - United States Border Patrol Academy, Federal Law Enforcement Training Center, Artesia, NM
   - Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, GA
   - Deputy United Sates Marshal Service Academy, Federal Law Enforcement Training Center, Glynco, GA
   - New Professional Training Program, Federal Law Enforcement Training Center, Glynco, GA
   - Firearms Interstate Nexus Training, ATF National Tracing Center, Martinsburg, WV

5. During the training at the Firearms Interstate Nexus Training Course in Martinsburg, WV, I personally examined numerous firearms in the ATF Firearms Technology Branch's Reference Collection, which includes approximately 8,000 firearms.

6. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

7. That my knowledge and expertise relative to the various disciplines of firearms and ammunition has been requested and recognized by the following agencies:

   - Bureau of Alcohol, Tobacco, Firearms and Explosives
   - Drug Enforcement Administration
   - United States Attorney's Office for the Eastern Judicial District of Virginia
   - United States Attorney's Office for the Western Judicial District of Virginia
   - United States Attorney's Office for the Northern Judicial District of West Virginia
   - Virginia State Police
   - Shenandoah County (VA) Sheriff's Office
   - Northwest Virginia Regional Drug Task Force
   - Loudoun County (VA) Sheriff's Department
   - Prince William County (VA) Narcotics Task Force