# Exhibit A

## DECLARATION OF BUSINESS RECORD

Pursuant to 28 U.S.C. 1746, I declare:

My name is _CLAUDIA HUFFMAN_.

I am a United States Citizen, and I am over 18 years of age. I am the custodian of records of the District of Columbia Department of Motor Vehicles, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Perham Gorji, requesting specific vehicle registration records for the vehicle bearing VIN number 2D8GV58245H131780 and title number K1322648, including all available information regarding the identification the registered owner, including date of birth, primary address, etc., valid on June 13, 2006. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records related to the above listed vehicle:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/8/07_.
(Date)

_Claudia Huffman_
Signature of Declarant

_Claudia Huffman_
Name of Declarant

_DC Department of Motor V[ehicles]_
Name of Business

_95 M Street, SW Washington, DC 20024_
Address of Business

Sworn before me, this _8th_ day of February, 2007.

_[signature]_
Notary Public

David A. Foster
Notary of Public
District of Columbia
Commission Expires: May 14, 2011




# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
### P.O. BOX 90120
### WASHINGTON DC 20090-0120

## Title Information Request
### 02-08-2007

**Title Number:** K1322648

**Title Issue Dt.:** 3/23/2006

**Title Brand:** CLEAR

**Odometer Brand:** ACTUAL

**Odometer Reading:** 32393

**VIN:** 2D8GV58245H131780

**Year:** 2005

**Make:** DODGE

**Model:** MGN

**Body Type:** UTILITY - VEHICLE

**Owner:** STEWART, DARNELL E

**Co-owner(s):**

**Primary Owner Address:** 820 OGLETHORPE ST NE
WASHINGTON DC 20011-2737

**Lien holder(s):** TRIAD CAPITAL CORP

**Primary Lien holder Address:** P O BOX 3299
HUNTINGTON BEACH CA 92605-3299

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

_____(SIGNATURE)_____ _____(TITLE)_____ _____(DATE)_____

www.dmv.dc.gov



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120



### Registration Information Request
02-08-2007

**Tag Number:** CM3436
**Registration Status:** ACTIVE
**Registration Exp. Date:** 03-19-2007
**Insurance Co.:** STATE FARM GENERAL INSURANCE COMPANY

**VIN:** 2D8GV58245H131780
**Year:** 2005
**Make:** DODGE
**Model:** MGN
**Body Type:** UTILITY - VEHICLE

**Owner:** STEWART, DARNELL E

**Co-owner(s):**

**Registration Address:** 4010 SOUTHERN AVE SE
WASHINGTON , DC 20020

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

_____  _____  2/8/7
(SIGNATURE)                (TITLE)           (DATE)

www.dmv.dc.gov




# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120

## 10 YEAR DRIVER RECORD

**Date:** 02-08-2007
**Name:** DARNELL E STEWART
**Address:** 820 OGLETHORPE ST NE
WASHINGTON DC 20011-2737

**License Number:** 1790940     **Birth Date:** 04-28-1979   **Sex:** MALE   **Good Points:** 1   **Total Current Points:** 1
**Height:** 5 feet 09 inches    **Weight:** 235 lbs          **Hair:** BROWN                        **Eyes:** BROWN

### License/ID Details

| Class | ID/License Type | ID/License Number | ID/License | ID/License Status | Original Issue Date | Reissue/ Issue Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| D   | NCDL          | 1790940   | REGULAR | VALID     | 07-11-2001 | 12-27-2005 | 04-28-2011 |
| D   | NCDL          | 9575679   | LEARNER | CANCELLED | 07-11-2001 | 09-20-2001 | 10-05-2001 |
| N/A | Over 21 years | 577061057 | ID CARD | CANCELLED | 07-11-2001 | 09-20-2001 |            |

### Withdrawals

| | Description | Citation/ Violation# | Withdrawal Start Date | Withdrawal End Date | Withdrawal Status | State | Clearance Date |
|---|---|---|---|---|---|---|---|
| 1. | UNPAID TICKET VIOLATION | 975754850 | 11-20-2002 | 02-06-2003 | RESTORED | DC | 02-06-2003 |
| 2. | UNPAID TICKET VIOLATION | 974198422 | 06-13-2002 | 02-06-2003 | RESTORED | DC | 02-06-2003 |

### Convictions/Violations

| | Citation Date | Disposition Date | Citation/ Violation# | State | Description | Points | Good Points Applied | Total Points |
|---|---|---|---|---|---|---|---|---|
| 1. | 07-15-2006 | 09-22-2006 | 495289126 | DC | PASSING STOP SIGN | 2 | 1 | 1 |
|    | Violation Indicator(s): None | | | | | | | |
| 2. | 09-12-2002 | 11-19-2002 | 975754850 | DC | 16 TO 20 MPH IN EXCESS OF SPEED LIMIT | 4 | 0 | 4 |
|    | Violation Indicator(s): None | | | | | | | |
| 3. | 03-23-2002 | 06-11-2002 | 974198422 | DC | FAILING TO FASTEN TAG SECURELY | 0 | 0 | 0 |
|    | Violation Indicator(s): None | | | | | | | |

**Violation Indicator:** A - Accident     C - Commercial Motor Vehicle     H - Hazardous Material

### Summary of Good Points

| Credit Year | Good Points | Good Points Added | Good Points Applied | Citation Number |
|---|---|---|---|---|
| 2004 | 1 Used | 08-25-2005 | 09-26-2006 | 495289126 |
| 2005 | 1      | 12-31-2005 | N/A        | N/A       |

**Class**
A - ALL VEHICLES, EXCEPT MOTORCYCLES
B - VEHICLES >= 26,001GVW; NO TRAILERS > 10K GVW; ALSO CLASSES C, D, N




# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department Of Motor Vehicles
P.O. BOX 90120
WASHINGTON DC 20090-0120

## 10 YEAR DRIVER RECORD

**Date:** 02-08-2007

**Name:** DARNELL E STEWART
**Address:** 820 OGLETHORPE ST NE
WASHINGTON DC 20011-2737

**License Number:** 1790940    **Birth Date:** 04-28-1979    **Sex:** MALE    **Good Points:** 1    **Total Current Points:** 1
**Height:** 5 feet 09 inches    **Weight:** 235 lbs    **Hair:** BROWN    **Eyes:** BROWN

**Class**
C - VEHICLES <= 26,000 GVW; NO TRAILERS > 10K GVW; ALSO CLASSES D, N
D - VEHICLES FOR NON-COMMERCIAL AND PERSONAL USE; ALSO CLASS N
M - MOTORCYCLES ONLY
N - MOPEDS AND MOTOR DRIVEN CYCLES ONLY

**License Type**
CDL - Commercial Driver License
NCDL - Non-Commercial Driver License

~ ~ ~

THIS IS AN OFFICIAL DOCUMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF MOTOR VEHICLES, MAINTAINED UNDER A DUTY IMPOSED BY LAW. I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS A TRUE AND ACCURATE RECORD. I FURTHER CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS WITHIN MY CUSTODY AND CONTROL AND THAT I HAVE PERSONAL KNOWLEDGE OF THE INFORMATION CONTAINED WITHIN THIS DOCUMENT.

2/8/7
(DATE)