## DECLARATION OF BUSINESS RECORD

Pursuant to 28 U.S.C. 1746, I declare:

My name is _Michael Martineau_.

I am a United States Citizen, and I am over 18 years of age. I am the custodian of records of the State Farm Insurance office of Karen D. Pratt Insurance Agency, 1009 U Street, N.W., Washington, D.C., or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Perham Gorji, requesting specific insurance policy records for policy number 09-95AB-K27, for the 2005 Dodge Magnum bearing VIN number 2D8GV58245H131780, including all available information regarding the identification the policy holder and insured drivers above described vehicle, valid on June 13, 2006, and / or any previous period. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records related to the above listed vehicle:

   (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   (2) were kept in the course of regularly conducted business activity; and

   (3) were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Feb. 22, 2007_
(Date)

_____
Signature of Declarant

_Michael Martineau_
Name of Declarant

_State Farm Insurance Companies_
Name of Business

_1500 State Farm Boulevard, Charlottesville, VA_
Address of Business

Sworn before me, this _22nd_ day of February, 2007:

_____
Notary Public

Angela L. Spitzer
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires 03/31/07

TOTAL P.003

# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA

| UNITED STATES OF AMERICA | SUBPOENA IN A |
|---|---|
| V. | CRIMINAL CASE |
| Darnell Stewart | |
| | CASE NUMBER: 06-199 |

TO: State Farm mutual Automobile Insurance Company
Attn: David Bonefant, Custodian of Records
Charlottesville, Virginia 22090

☒ YOU ARE HEREBY COMMANDED to appear and testify before the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM | 26 |
|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA United States Courthouse Third & Constitution Avenue, N.W. Washington, D.C. 20530 | | Fourth Floor |
| | DATE AND TIME | Wednesday February 28, 2007 @ 9:00a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): **affixed hereto**

**IMPORTANT: REQUEST FOR NON-DISCLOSURE**
Disclosure of the existence of this subpoena, or your compliance with this subpoena, to the subscriber(s) may impede a pending criminal investigation, and thereby interfere with the enforcement of the law.

FOR YOUR CONVENIENCE AND IN LIEU OF PERSONALLY APPEARING BEFORE THE GRAND JURY ON THE DATE INDICATED, IT MAY BE POSSIBLE TO COMPLY WITH THIS SUBPOENA BY FAXING (202) 514-6010 OR MAILING THE RECORDS VIA CERTIFIED MAIL TO THE GRAND JURY VIA THE UNDERSIGNED ASSISTANT UNITED STATES ATTORNEY. PLEASE CALL UNDERSIGNED ASSISTANT UNITED STATES ATTORNEY UPON RECEIPT.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT NANCY MAYER-WHITTINGTON | DATE | February 21, 2007 |
|---|---|---|
| (By) Deputy Clerk | USAO # | 2006-R-01010 |
| | PMH | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | PERHAM GORJI, Assistant U.S. Attorney United States Attorney's Office 555 Fourth Street, N.W., Room 4233 Washington, D.C. 20530   (202) 353-8822 | |

ATTACHMENT
to Subpoena in a Criminal Case

Subpoena for:

State Farm mutual Automobile Insurance Company
Attn: David Bonefant, Custodian of Records
Charlottesville, Virginia 22090

Subpoena # / Prepared by:   PMH
February 21, 2007

Any and all records, files, correspondence relating to Vehicle: 2005 Dodge Magnum, VIN 2D8GV58245H131780 policy 09-95AB-K27, including but not limited to: insurance policies, billing statements, policy 09-95AB-K27, including but not limited to: insurance policies, billing statements, invoices, insurance claim reports and claim files, applications for insurance or other services, settlement files, payment history on claims filed, and documentation of the Insurance Carrier to which the policy was transferred.

```
DOCUMENT  3 OF  3                                                      02/20/07
                                                                       08:50:41
                                                                       AUC000A0
                               Auto Application
RAW NEW VEHICLE TRANSACTION ORIGINAL                      SF Fire

Policy No/Car No: 008 5804 09 001                  Purch Dt: 02-23-2006
         Qual No:
        Eff Date: 02-24-2006
        App Date: 02-24-2006 12:03 PM              Agt-AFO: 95AB-F668
       Recd Date: 02-27-2006

         Repl No:                                  Eapp no: 092 95AB K27
-----------------------------------------------------------------------------


Veh in household: 01                           App orig: ECHO AGENT
  With SF Ins Cos: 01                       Number of apps: 1

Name and Mailing Address                       New Named Insd:

  STEWART, DARNELL                             Territory: 001
  820 OGLETHORPE ST NE                     Geo-Territory: 001
  WASHINGTON       DC 20011-2737                  County: DC
     Reside in city: YES
         Phone type: HOME                      Phone#: 202-367-9558

DEI Change 01

          Policy no: 008 5804                Changed by: SHUN2
                                                   Date: 02-27-06
                                                   Time: 09:12 AM
   Fields Changed

          Class: 1D0

   Additional instructions:
     The above change(s) are the result of SHUN changing a
     TDE screen on 02/27/2006.

                                                         PAGE  1 OF  5
                    Next: _____ +
 F2=Addl F keys   F4=Prompt   F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc
```

```
DOCUMENT  3 OF  3                                              02/20/07
                                                               08:50:47
                                                               AUC000A0
Agt Remarks

   PURCHASE

Prior Insurance

       Prior insurance: NO

Drivers/Violations/Accidents or Losses

   Principal Operator First: DARNELL      Last: STEWART       SS#: 577061057
   License No: 1790940                St: DC    Marital stat: SINGLE
   Birthdate: 04-28-1979 Sex: M       Rel to prin oper: PRINCIPAL OPERATOR
   Pct uses veh: 100                  Lic 3 yrs: YES

   Occ: STORE CLERK                   Occ Stat: EMPLOYED
   Employer    XTRA ORDINARY
               3660 ST BARNABAS RD
               SUITLAND       MD    20743


   Accidents:      Minor Conv:          Major Conv:           DRL: 1
Class

   Avg weekly wrk/school: 40      MLD: RENT            Multicar: YES
             Ann mil: 14000       Class: 1D
             Odometer: 32
       Use of vehicle: WORK/SCHOOL

       If this vehicle is not used for commuting, how does the insured get to and
         from work/school:


   Age: 26   Birthdate: 04-28-1979    CRI: 1509

                                                             PAGE  2 OF  5
                   Next: ____  +
F2=Addl F keys   F4=Prompt  F7=Bkwd  F8=Fwd  F18=Next Doc  F19=Last doc
```

```
DOCUMENT   3 OF   3                                                    02/20/07
                                                                       08:50:50
                                                                       AUC000A0
Vehicle
              Year: 2005            Vin: 2D8GV5824 5 H131780
              Make: DODGE       PP2 IRG: 021
             Model: MAGNUM         LRG: 06
        Body Style: "R/T" 2WD  Prior Dam: NO         Veh insp by: KDP
  Veh safety disc:  D - 10%

         Date Purchased: 02-23-2006
  Effective Date of Policy: 02-24-2006

SFPP

   Add to SFPP acct no: 1034820221

Coverage Information

     Coverages                  Limits or Deductible        Premium
     BI                         50/100                      299.42
     PD                         50                            0.00
     PIP                                                      0.00
     MEDICAL                    $50,000                      47.17
     WORK/LOSS                  $12,000                       0.00
     FUNERAL                    $4,000                        0.00
     COMP                       $500 DED                    108.17
     COLL                       $500 DED                    368.60
     ERS                                                      1.90
     R1                         80%/500                      28.30
     U                          50/100                       40.38
     UPD                        25                            0.00
     W1BI                       50/100                        9.25
     W1PD                       25                            0.00

             Premium:       $903.19
        Std Rate Lvl: 3-Star Disc
               PRF:   1.00

                                                        PAGE   3 OF   5
              Next: ____  +
F2=Addl F keys   F4=Prompt   F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc
```

```
DOCUMENT  3 OF  3                                              02/20/07
                                                               08:50:53
                                                               AUC000A0
Lienholder Information

                Code: 22563

Supporting Documents

   Number  Description
     05    COVERAGE SEL/REJ FORM
     34    PROOF OF PUR/REG/TITLE

Underwriting Questions

   Answer   During the last 3  years, have you, the applicant, or any household
            member, or any regular driver:

     NO     Had license suspended, revoked, refused?

     NO     Had accident or loss?

     NO     Been fined, convicted, or forfeited bail for traffic violations?

     NO     Do you, the applicant, or any driver have a physical or mental
            condition that could affect the safe operation of a motor vehicle?

     NO     Does the named insured or resident relative own a motorcycle?

            Registered owner of the veh: APPLICANT

     NO     Household members age 13 and over who are not yet licensed?

            Other lines: FIRE



                                                               PAGE  4 OF  5
                  Next: _____ +
 F2=Addl F keys   F4=Prompt   F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc
```

```
DOCUMENT  3 OF  3                                              02/20/07
                                                               08:50:55
                                                               AUC000A0
Agent Information

        Agent's name: KAREN D PRATT INS AGCY INC
               Phone: 202-737-3510              Initials: KDP

                              Policy booklet delivered dt: 02-24-06




                                                        PAGE   5 OF  5
                    Next: _____ +
   F2=Addl F keys   F4=Prompt   F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc
```

| STATE FARM INSURANCE COMPANIES® | CANCELLATION NOTICE | NON-PAYMENT OF PREMIUM |
|---|---|---|
| STATE FARM PAYMENT PLAN<br>PO Box 830854<br>Birmingham AL 35283-0854 | ACCOUNT NUMBER  1034-8202-21<br>Monthly Account | |
| 1034-8202-21   45   95AB-F668   09 | NOTICE SENT | DUE BEFORE | AMOUNT DUE |
| STEWART, DARNELL<br>820 OGLETHORPE ST NE<br>WASHINGTON DC  20011-2737 | AUG 1, 2006 | SEP 5, 2006 | $502.34 |
| | THIS IS THE ONLY CANCELLATION NOTICE YOU WILL RECEIVE. |



IMPORTANT → The State Farm Payment Plan is a service we provide to help you budget for your insurance. Your account reflects late or partial payments. If future payments are not received in full by the due date, we may be unable to bill you through the Payment Plan. Please allow for mail time.

### POLICY CANCELLATION INFORMATION

State Farm Fire and Casualty Company

| NAME | POLICY NUMBER | DESCRIPTION | CANCEL DATE | BALANCE DUE |
|---|---|---|---|---|
| STEWART, DARNELL | 008 5804-B24-09 | 2005 DODGE | SEP 8, 2006 | $1,671.46 |

State Farm Fire and Casualty Company

| NAME | POLICY NUMBER | DESCRIPTION | CANCEL DATE | BALANCE DUE |
|---|---|---|---|---|
| STEWART, DARNELL | 09-BV-3002-0 | HOMEOWNERS | SEP 5, 2006 | $53.06 |

We have not received the payments required to keep these policies in force. In accordance with the cancellation provisions, your policies identified in this notice are hereby canceled effective 12:01 A.M. standard time on the cancellation date specified due to non-payment of the premium.

We welcome the opportunity to provide your future insurance protection. Should you wish to reinstate these policies, please forward your payment immediately. Payment prior to the date and time of cancellation will reinstate your policies. If paid after that date and time, you will be informed whether your policies have been reinstated and if so, the exact date and time of reinstatement. There is no coverage between the date and time of cancellation and the date and time of reinstatement.

ACCOUNTHOLDER COPY

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Karen D Pratt Ins Agcy Inc
202-328-1210

Account #  1034-8202-21
Prepared Date JUL 31 2006

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT OR COMPLETE REVERSE.

PLEASE RETURN THIS PART WITH YOUR CHECK MADE PAYABLE TO STATE FARM.

| NAME | STEWART, DARNELL |
|---|---|
| ACCOUNT NUMBER | 1034-8202-21  Monthly Account |

| DUE BEFORE | AMOUNT DUE |
|---|---|
| SEP 5, 2006 | $502.34 |

Please disregard this notice if payment has been made. Payment required to continue your insurance has not been received. Please pay the full amount due. THIS IS THE ONLY CANCELLATION NOTICE YOU WILL RECEIVE.

2109609049
Insurance Support Center
P.O. Box 588002
North Metro, GA 30029-8002

137-231.8  Rev. 10-13-2005  (o1a05e&ep818b)  (o1b081ad)

| FOR OFFICE USE ONLY  00045  00  95AB-F668  09  ACCOUNTHOLDER COPY<br>Prepared JUL 31 2006 | SFPP Cancel | $502.34 | 0904 |
|---|---|---|---|

900624700050234   900103482022111321>

**FOR AUTOMOBILE INSURANCE POLICIES**

REGISTRATION OF YOUR VEHICLE WILL BE CANCELED OR REVOKED FOR FAILURE TO MAINTAIN REQUIRED INSURANCE.

IF YOU HAVE DIFFICULTY GETTING AUTO LIABILITY INSURANCE, THE DISTRICT OF COLUMBIA AUTOMOBILE INSURANCE PLAN MAY BE ABLE TO HELP. BECAUSE ALL AUTO INSURANCE COMPANIES IN THE DISTRICT ARE IN THE PLAN, YOUR STATE FARM AGENT OR ANY AGENT LICENSED TO SELL AUTO INSURANCE IN THE DISTRICT CAN GIVE YOU FULL DETAILS.

IF YOU DISPUTE THE VALIDITY OF THIS CANCELLATION, YOU MAY REQUEST THAT THE SUPERINTENDENT OF INSURANCE FOR THE DISTRICT OF COLUMBIA REVIEW THIS ACTION. SUCH REQUESTS MUST BE SUBMITTED IN WRITING TO THE SUPERINTENDENT OF INSURANCE WITHIN 15 DAYS OF RECEIPT OF THIS CANCELLATION NOTICE. YOU MUST AT THE SAME TIME SEND US A COPY OF ANY SUCH NOTIFICATION.

137-231 DC.3 Rev. 01-2001 (o1a081fb)

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street or R.R. _____  Residence Phone No. _____

City _____  State/Province _____  ZIP/Postal Code _____  Business Phone No. _____

☐ Inside City Limits  ☐ Outside City Limits

Township _____  County _____

Is change:  ☐ Permanent  ☐ Temporary  If temporary, how many months? _____  Do you plan to return to your previous address?  ☐ Yes  ☐ No

☐ Mailing address change only  ☐ Location change (Please see your State Farm agent)  ☐ Check box if change applies to **ALL** State Farm policies in household.

(Auto Policyholders Only)

Is the vehicle driven to and from work/school?  ☐ Yes  ☐ No

If the answer is "yes", what is the average weekly mileage for such use? _____

o1y1002d



**State Farm Fire and Casualty Company**

1500 State Farm Blvd
Charlottesville VA  22909

NAMED INSURED                   09-95AB-222T

STEWART, DARNELL
820 OGLETHORPE ST NE
WASHINGTON DC  20011-2737

R 53800-2-T                    FIRE   OVL

**DECLARATIONS PAGE**

PAGE 1 OF 2

POLICY NUMBER     8 5804-B24-09
POLICY PERIOD FEB 24 2006 to AUG 24 2006

STATE FARM PAYMENT PLAN NUMBER
1034820221

AGENT
KAREN D PRATT INS AGCY INC
1009 I STREET NW
WASHINGTON, DC 20001-4417

PHONE: (202)737-3510

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
SEPARATE STATEMENT ENCLOSED IF AMOUNT DUE.**

| YEAR | MAKE  | MODEL  | BODY STYLE | VEHICLE ID. NUMBER | CLASS    |
|------|-------|--------|------------|--------------------|----------|
| 2005 | DODGE | MAGNUM | VAN        | 2D8GV58245H131780  | 1D0F14A2 |

| SYMBOLS | COVERAGES | PREMIUMS |
|---------|-----------|----------|
|         | See policy for coverage details. | 2005 DODGE |
| A | Bodily Injury/Property Damage Liability | $490.43 |
|   | Limits of Liability-Coverage A-Bodily Injury | |
|   | Each Person,  Each Accident | |
|   | $50,000      $100,000 | |
|   | Limits of Liability-Coverage A-Property Damage | |
|   | Each Accident | |
|   | $50,000 | |
| P14  | Personal Injury Protection | $77.23 |
| D500 | $500 Deductible Comprehensive | $154.13 |
| G500 | $500 Deductible Collision | $603.60 |
| H    | Emergency Road Service | $2.90 |
| R1   | Car Rental/Travel Expenses | $42.90 |
|      | Limits of Liability - Car Rental Expense | |
|      | Each Day     Each Occurrence | |
|      | 80%          $500 | |
| U    | Uninsured Motor Vehicle | $56.93 |
|      | Limits of Liability-U | |
|      | Each Person,  Each Accident | |
|      | $50,000      $100,000 | |
|      | Limits of Liability-U-Property Damage | |
|      | Each Accident | |
|      | $25,000 | |
| W1   | Underinsured Motor Vehicle | $12.96 |
|      | Limits of Liability-W1 | |
|      | Each Person,  Each Accident | |
|      | $50,000      $100,000 | |
|      | Limits of Liability-W1-Property Damage | |
|      | Each Accident | |
|      | $25,000 | |

**Total premium for this policy period FEB 24 2006 to AUG 24 2006.    $1,441.08    This is not a bill.**

**IMPORTANT MESSAGES**

Your policy consists of this declarations page, the policy booklet - form 9909A, and any endorsements that apply, including those issued to you with any subsequent renewal notice.

Replaced policy number 0049959-09 001.

CAR 1 CLASS 1D0F14A2        SEE EXPLANATORY INSERT

State Farm works hard to offer you the best combination of price, service, and protection.  The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

Consumer report reference numbers: 06455114625834, 06455114624800

Please refer to the enclosed insert for additional information.

CONTINUED

 **State Farm Fire and Casualty Company**
1500 State Farm Blvd
Charlottesville VA 22909

R 53800-2-T         FIRE   OVL

**DECLARATIONS PAGE**

PAGE 2 OF 2

NAMED INSURED              09-95AB-222T

STEWART, DARNELL
820 OGLETHORPE ST NE
WASHINGTON DC  20011-2737

POLICY NUMBER    8 5804-B24-09
POLICY PERIOD FEB 24 2006 to AUG 24 2006

STATE FARM PAYMENT PLAN NUMBER
1034820221

**EXCEPTIONS AND ENDORSEMENTS** (See individual endorsement for details.)

FINANCED- TRIAD FINANCIAL CORPORATION, PO BOX 3569, HUNTINGTON BCH CA
92605-3569.
6102M     AMENDMENT OF LIABILITY AND PHYSICAL DAMAGE COVERAGES.
6127AZ    AMENDMENT OF DEFINED WORDS; INSUREDS DUTIES; PHYSICAL DAMAGE
          COVERAGES; CONDITIONS, MOTORCYCLE COVERAGE ENDORSEMENT AND
          TRAILER ENDORSEMENT.
ORIGINAL COST OF CUSTOMIZATION NONE OR UP TO $1000.

Agent:   KAREN D PRATT INS AGCY INC
Telephone: (202)737-3510
Prepared   MAR 01 2006      95AB-668

00221/00403
02-2003 (o1a025hc)          (o1a0254c)
       (o1a025vd)

**6102M AMENDATORY ENDORSEMENT**

This endorsement is a part of *your* policy. Except for the changes it makes, all other terms of the policy remain the same and apply to this endorsement. It is effective at the same time as *your* policy unless a different effective date is specified by us in writing.

In consideration of the premium charged, it is agreed that *your* policy is changed as follows:

1. **SECTION I — LIABILITY — COVERAGE A**

   Under the paragraph that reads "In addition to the limits of liability, we will pay for an *insured* any costs listed below resulting from such accident":

   a. item 3.c. is deleted.
   b. item 4. is changed to read:
      4. The following costs and expenses if related to and incurred after a civil lawsuit has been filed against an *insured* for damages for which liability coverage is provided by this policy:
         a. loss of wages or salary, but not other income, up to $100 for each day an *insured* attends at our request:
            (1) an arbitration;
            (2) a mediation; or
            (3) a trial of a civil suit.
         b. reasonable expenses incurred by an *insured* at our request, other than loss of wages, salary, or other income.
      The amount of any of the costs or expenses listed above that are incurred by an *insured* must be reported to us before we will pay.

2. **SECTION IV — PHYSICAL DAMAGE COVERAGES**

   a. The following definition is added:

      *Fungi* – means any type or form of fungus or fungi and includes:
      1. mold;
      2. mildew; and
      3. any of the following that are produced or released by fungi:
         a. mycotoxins;
         b. spores;
         c. scents; or
         d. byproducts.

   b. The following is added to **When The Physical Damage Coverages Do Not Apply**:

      (1) THERE IS NO COVERAGE FOR *LOSS* TO ANY VEHICLE DUE TO *FUNGI*. THIS APPLIES REGARDLESS OF WHETHER OR NOT THE *FUNGI* RESULT FROM A *LOSS* THAT IS PAYABLE UNDER ANY OF THE PHYSICAL DAMAGE COVERAGES. WE WILL ALSO NOT PAY FOR ANY TESTING OR REMEDIATION OF *FUNGI*, OR ANY ADDITIONAL COSTS REQUIRED TO REPAIR ANY VEHICLE THAT ARE DUE TO THE EXISTENCE OF *FUNGI*.

      (2) THERE IS NO COVERAGE FOR *LOSS* TO ANY VEHICLE THAT RESULTS FROM:

         (a) NUCLEAR REACTION;
         (b) RADIATION OR RADIOACTIVE CONTAMINATION FROM ANY SOURCE; OR
         (c) THE ACCIDENTAL OR INTENTIONAL DETONATION OF, OR RELEASE OF RADIATION FROM, ANY NUCLEAR OR RADIOACTIVE DEVICE.



## 6127AZ AMENDATORY ENDORSEMENT

This endorsement is a part of *your* policy. Except for the changes it makes, all other terms of the policy remain the same and apply to this endorsement. It is effective at the same time as *your* policy unless a different effective date is specified by us in writing.

In consideration of the premium charged, it is agreed that *your* policy is changed as follows:

1. **DEFINED WORDS**

    a. The definition of *Newly Acquired Car* is changed to read:

    *Newly Acquired Car* means a *car* newly owned by or newly leased to *you* or *your spouse*. A *car* ceases to be a *newly acquired car* on the earlier of:

    1. the effective date and time of a policy, including any binder, issued by us or any other company that describes the *car* as an insured vehicle; or
    2. the end of the 14th calendar day immediately following the date the *car* is delivered to *you* or *your spouse*.

    If *you* or *your spouse* want coverage for a *car* newly owned by or newly leased to *you* or *your spouse* and it:

    1. replaces *your car*, then *you* must ask us to insure that *car* within 14 days after it is delivered to *you* or *your spouse* and pay us any added amount due. The added amount due will be calculated based on the date the replacement *car* is delivered to *you* or *your spouse*.
    2. does not replace *your car*, then *you* or *your spouse* must apply to us for a separate policy to insure that added *car*. Such policy will be issued only if both the applicant and the vehicle are eligible for coverage at the time of the application.

    If a *newly acquired car* is not otherwise afforded comprehensive coverage or collision coverage by this or any other policy, then this policy will provide Comprehensive Coverage or Collision Coverage for that *newly acquired car*, subject to a deductible of $500. Any coverage provided as a result of this paragraph will apply only until the end of the 5th calendar day immediately following the date the *newly acquired car* is delivered to *you* or *your spouse*.

    b. The definition of *Your Car* is changed to read:

    *Your Car* means the vehicle described on the Declarations Page. *Your Car* does not include a vehicle that *you* no longer own or lease.

    If *you* ask us to replace the *car* shown on the Declarations Page with a *car* newly owned by or newly leased to *you* or *your spouse*, the *car* being replaced will continue to be considered *your car* until the earliest of:

    1. the end of the 30th calendar day immediately following the date such newly owned or newly leased *car* is delivered to *you* or *your spouse*;
    2. the date this policy is no longer in force; or
    3. the date *you* no longer own or lease the *car* being replaced.

2. **REPORTING A CLAIM — INSURED'S DUTIES**

    The following is added:

    A *person* or organization making claim under this policy must give us proof of loss on forms we furnish.

    A *person* making claim under Personal Injury Protection Coverage, Uninsured Motor Vehicle Coverage, Underinsured Motor Vehicle Coverage, or Death, Dismemberment and Loss of Sight Coverage must provide written authorization for us to obtain:

    1. medical bills;
    2. medical records;
    3. wage, salary, and employment information; and
    4. any other information we deem necessary to substantiate the claim.

    If an injured *person* is a minor, unable to act, or dead, then his or her legal representative must provide us with the written authorization.

    If the holder of the information refuses to provide it to us despite the authorization, then at our request the *person* making claim or his or her legal representative must obtain the information and promptly provide it to us.

3. **SECTION IV — PHYSICAL DAMAGE COVERAGES**

    **COMPREHENSIVE – COVERAGE D** and **COLLISION – COVERAGE G**

    a. The following language:

    If we offer to pay for the repair of damaged windshield glass instead of the replacement of the windshield and *you* agree to have such repair made, we will pay the full cost of repairing the windshield glass regardless of *your* deductible.

    is changed to read:

    If *you* and we agree, windshield glass will be repaired instead of replaced.

    b. The following is added:

    *You* agree that replacement glass need not have any insignia, logo, trademark, etching, or other marking that was on the replaced glass.

    c. The following is added to **Settlement of Loss – Comprehensive and Collision Coverages**:

    Appraisers shall have no authority to decide any questions of law or conduct appraisal on a class-wide or class-representative basis.

4. **CONDITIONS**

    The following is added to condition 7. Arbitration:

    Arbitrators shall have no authority to decide any questions of law or conduct arbitration on a class-wide or class-representative basis.

5. **MOTORCYCLE COVERAGE ENDORSEMENT** and **TRAILER ENDORSEMENT**

    The definition of *newly acquired car* in the above item 1. replaces the definition of *newly acquired car* in both the **MOTORCYCLE COVERAGE** endorsement and the **TRAILER ENDORSEMENT** if either endorsement is a part of *your* policy. In addition, under the **TRAILER ENDORSEMENT**, *car* as found in the definition of *newly acquired car* is changed to include a trailer newly owned by or newly leased to *you* if it is of the same type as the trailer described on the declarations page.

Page 1 of 2    6127AZ

Page 2 of 2    6127AZ