

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*


February 23, 2007


Brian McDaniel, Esquire
McDaniel & Associates
1211 Connecticut Avenue, NW
Suite 506
Washington, DC 20036
(202) 331-0793
FAX: (202) 331-7004


RE: United States v. Darnell Stewart, 06-199 (GK)


Dear Counsel:

I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. By letter dated February 23, 2007, I provided you with a copy of Officer Marc Wilkins' PD 256 form, delineating personal "booking" information obtained from your client. By way of clarification, the government intends to introduce at trial the statements made by your client in response to Officer Wilkins' standard routine booking questions. It is the government's understanding that such questions may be asked without Miranda warnings. See Pennsylvania v. Muniz, 496 U.S. 582, 601-602 (1990) (approving "routine booking question" exception to Miranda rule for questions concerning "name, address, height, weight, eye color, date of birth, and current age"); United States v. Gaston, 357 F.3d 77, 82 (D.C. Cir. 2004) (routine booking questions concerning defendant's address and ownership interest in house did not require Miranda warnings in search warrant case); United States v. Blackwood, 904 F.2d 78 (D.C. Cir. 1990) (recognizing exception to Miranda rule for routine booking questions near time of arrest concerning "names, addresses, dates of birth, social security numbers, height, and weight"). I am attaching the PD 256 again for your convenience.

In addition, the government anticipates that Officer Sylvester Garvin will testify that he recovered the money in this case from the defendant's person, contrary to what is stated on the

PD 81 form for the money, which was completed by Officer Wilkins. Both officers will be available at trial.

Lastly, please inform me as soon as possible if your client is willing to agree to the stipulations I previously sent you. If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

Perham Gorji
Office of the United States Attorney
Federal Major Crimes Section
Room 4233
555 Fourth Street, N.W.
Washington, D.C.  20530

Office:      202-353-8822
Fax:         202-616-3782
E-mail:      perham.gorji@usdoj.gov

If you file any pleading in this case, please note that our zip code has changed recently to 20530. Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: /s/ Perham Gorji

PERHAM GORJI
Assistant United States Attorney

cc: District Court Case File

# PD 256 "Quick Booking Form"
## TO BE COMPLETED BY THE ARRESTING OFFICER

**1. Defendant's Name at time of arrest (Last, First, Middle):** Stewart, Darnell

**2. Social Security Number:** 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

**3. Defendant's Address ( Include Room/Apt. Number/City/State & Zip Code if outside D.C. ):** 410 Southern Ave, S.E.

**4. Birthplace (City and State):** Wash. D.C.

**5. Date of Birth (MM/DD/YYYY):** 4-28-79

**6. Sex:** M

**7. Race:** B

**8. Arrest Date:** 6-13-06

**9. Arrest Time:** 2125

**10. Arresting Officer's Name:** Rollins, L.

**11. Rank, Badge #, Agency:** Inv. 620 MPD

**12. Location of Offense:** 1800 block of 16th St, SE

**13. Offense Date & Time:**

**14. Location of Arrest:** 1800 block of 16th St, S.E.

**15. CCN #** 078-550

**16. Lead Charge:** UCSA PWID CoC. w/Armed

**17. Warrant # / NOI":**

**Additional Charges (continue on back)**

**Height:** 5'9

**20. Weight:** 235 lbs.

**Arrest Number:** 7060

**22. PDID Number:**

**Observable physical and mental condition of arrestee:** White shirt, blue pants, grey shoes

**List medication:**

Shirt -
Pants -
Hair -
Eyes -
Comp - Med.
Vehicle Make - Dodge
Vehicle Model - Magnum
Year - 2005
Color - blue
Tag # - CM 3436
Tag State + Year - DC/07
# of doors - 4 dr
VIN # -

"Quick Booking Form"    Revised 03/01/06