UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-199 (GK) |
| | : | |
| DARNELL STEWART | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached Revised Government's Exhibit List and Witness List be made part of the record in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498-610

_____/s/_____
PERHAM GORJI
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.,  Room #4233
Washington, DC 20530
(202) 353-8822; Fax: (202) 616-3782

CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by fax, upon the attorney for the defendant, Brian McDaniel, 1211 Connecticut Avenue, NW, Suite 506, Washington, DC 20036, facsimile number 301-331-7004, on this 2nd day of March, 2007.

_____/s/_____
Assistant U.S. Attorney