# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 06-199 (GK)** |
| | : | |
| **DARNELL STEWART** | : | |
| | : | |
| **Defendant.** | : | |

## Government's Exhibit List

| No. | Description | Witness | Obj'n | Adm |
|---|---|---|---|---|
| 1 | Aerial Diagram of general area | | | |
| 2 | Photo of car with plate | | | |
| 3 | Photo of Defendant at arrest scene | | | |
| 3a | Photo of Defendant at arrest scene with Officer Wilkins | | | |
| 4a | Photo of car | | | |
| 4b | Photo of car | | | |
| 4c | Photo of car | | | |
| 4d | Photo of car | | | |
| 4e | Photo of car | | | |
| 4f | Photo of car | | | |
| 4g | Photo of car | | | |
| 5 | Certified Vehicle Title and Registration | | | |
| 6 | Application for Vehicle Title | | | |
| 7 | Certified Driver's License | | | |
| 8 | State Farm Insurance record | | | |

| | | | | |
|---|---|---|---|---|
| 9 | Aerial Diagram of 1600 block V Street | | | |
| 10 | Aerial closer up of corner of V Street and Fendall Street | | | |
| 11 | OP Report | | | |
| 12a | photo of block during day | | | |
| 12b | photo of block during day | | | |
| 12c | photo of block at night | | | |
| 13 | Aerial Diagram of arrest area | | | |
| 14 | Photo of inside car | | | |
| 15 | Photo of console with drugs | | | |
| 16 | Photo of console with gun | | | |
| 17 | Photo of glove box | | | |
| 18 | gun | | | |
| 19 | property bag containing ammunition (10 rounds) | | | |
| 20 | PD 668 | | | |
| 21 | Notes from Officer Wise | | | |
| 22a | latent print | | | |
| 22b | latent print | | | |
| 23 | Stipulation (firearm) | | | |
| 24 | Stipulation (interstate) | | | |
| 25 | Stipulation (prior conviction) | | | |
| 26 | PD 256 | | | |
| 27 | property bag containing $795 | | | |
| 28 | property bag containing papers from car [will mark as 30a & 30b] | | | |
| 28a | Darcars Chrysler paperwork | | | |

| 28b | State Farm Insurance paperwork | | | |
|-----|-------------------------------|---|---|---|
| 29 | Drug Heat Seal – KW712 | | | |
| 30 | Photo with drugs laid out | | | |
| 31 | Stipulation (chemist) | | | |
| 32 | DEA lab report – KW712 | | | |
| 33 | Ms. Evans' latent print diagram | | | |
| 34 | PD 163 | | | |
| 35 | PD 791 Firearm Examination | | | |
| 36 | PD 81 drugs | | | |
| 37 | PD 81 gun | | | |
| 38 | PD 81 money | | | |
| 39 | PD 81 papers | | | |
| 40 | PD 81 car | | | |
| 41 | arrest radio run | | | |
| 42 | Complaint & Statement | | | |
| 43 | Notes from Officer Anderson | | | |
| 44 | Detective Delaney statement of probable cause | | | |
| 45 | Defendant's confession from prior case | | | |
| 46 | Defendant's prior conviction | | | |
| 47 | ATF Report | | | |
| 48 | ATF manufacturers | | | |
| 49 | Grand Jury transcript (Rollins) | | | |
| 50 | Motions Hearing transcript (September 14, 2006) | | | |

| | | | | |
|---|---|---|---|---|
| 51 | Motions Hearing transcript (September 15, 2006) | | | |
| 52 | Preliminary Hearing transcript | | | |
| 53 | Pretrial Agency Report (PO Vaughn Wilson) | | | |
| 54 | Pretrial Agency Report (PO Melvin Tildon) | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| | | | | |