UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No.  06-199 (GK) |
| v. : | |
| : | |
| DARNELL STEWART, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S WITNESS LIST

The United States will be represented by Mr. Perham Gorji.  The government may call the following witnesses:

1. Sergeant Robert Chagnon, Metropolitan Police Department
2. Officer William Turner, Metropolitan Police Department
3. Officer Leroy Rollins, Metropolitan Police Department
4. Officer Ron Royster, Metropolitan Police Department
5. Officer Edward Wise, Metropolitan Police Department
6. Darin Ramsey, Alcohol, Tobacco, Firearms and Explosives, Falls Church, Virginia
7. Officer Marc Wilkins, Metropolitan Police Department
8. Officer Sylvester Garvin, Metropolitan Police Department
9. Officer Matthew Nickerson, Metropolitan Police Department
10. Sharman Dyson, Chemist of the Drug Enforcement Administration
11. Detective Anthony Washington, Metropolitan Police Department
12. Barbara Evans, Metropolitan Police Department, Latent Prints Department
13. Detective Michael Delaney, Prince George's County Police Department
14. Investigatory Al Myers, Metropolitan Police Department
15. Officer Marion Anderson, Metropolitan Police Department
16. Officer Eric Siebert, Metropolitan Police Department
17. Melvin Tildon, D.C. Pretrial Services Agency
18. Vaughn Wilson, D.C. Pretrial Services Agency
19. Claudia Huffman, District of Columbia Department of Motor Vehicles
20. Lucinda Babers, District of Columbia Department of Motor Vehicles
21. Karen Pratt, State Farm Insurance Agent, Washington, D.C.
22. Michael Martineau, State Farm Mutual Automobile Insurance Company

Defendant Darnell Stewart is charged with having committed the following offenses: (1) unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by a term of imprisonment exceeding one year; (2) unlawful possession with intent to distribute cocaine; and (3) using, carrying and possessing a firearm during a drug trafficking offense.  The Government alleges that these crimes occurred on or about June 13, 2006, between the hours of 8:00 p.m. and 9:30 p.m., in the area of the 1600 block of V Street, Southeast, Washington, D.C., and the 1800 block of 16th Street, Southeast, Washington, D.C.