UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-199 (GK) |
| | : | |
| DARNELL STEWART | : | VIOLATION: D.C. Code Sections 48-904.01(a)(1), 22-4502; D.C. Code Section 22-4504(a) (2001 ed.) |
| Defendant. | : | |

**SUPERSEDING INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about June 13, 2006, within the District of Columbia, DARNELL STEWART, while armed with a handgun, did unlawfully, knowingly, and intentionally possess with intent to distribute a quantity of cocaine base, in the form known as crack cocaine, a controlled substance.

(**Possession With Intent to Distribute a Controlled Substance While Armed**, in violation of D.C. Code Sections 48-904.01(a)(1), 22-4502 (2001 ed.))

**COUNT TWO**

On or about June 13, 2006, within the District of Columbia, DARNELL STEWART did carry, openly and concealed on or about his person, in a place other than his dwelling place, place

of business or on other land possessed by him, a pistol, without license issued pursuant to law.
    (**Carrying a Pistol Without a License**, in violation of D.C. Code Section 22-4504(a) (2001 ed.))

                                             JEFFREY A. TAYLOR
                                             Attorney of the United States in
                                             and for the District of Columbia
                                             Bar No. 498610


BY:     _____
           PERHAM GORJI
           Assistant United States Attorney
           Federal Major Crimes Section
           555 4th Street, N.W. Room 4233
           Washington, D.C. 20530
           (202) 353-8822