AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
v.
*Darnell Stewart*

WAIVER OF INDICTMENT

CASE NUMBER: 06-199

**FILED**
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, *Darnell Stewart*, the above named defendant, who is accused of *Possession With Intent to Distribute a Controlled Substance While Armed - D.C. Code Sections 48-904.01(a)(1), 22-4502; and Carrying a Pistol Without a License D.C. 22-4504(a)*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *May 16, 2007*
                           Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Darnell Stewart Jr.*
Defendant

*[signature]*
Counsel for Defendant

Before *Gladys Kessler*
         Judicial Officer