IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-199 (GK) |
| v. : | **FILED** |
| DARNELL STEWART : | MAY 1 6 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant Darnell Stewart, agrees and stipulates that were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On June 13, 2006, the Metropolitan Police Department ("MPD") established an observation post ("OP") in the 1600 block of V Street, Southeast, Washington, D.C., at approximately 7:30 p.m., after receiving citizen complaints of drug activity occurring in the area. Officers William Turner, Al Myers and Marion Anderson were manning the OP that evening. Using binoculars, Officer Turner observed the defendant DARNELL STEWART engage in two separate transactions in the block, the first at about 8:10 p.m. and the second at about 8:20 p.m. During first transaction, the defendant was approached by an unknown individual in the block who handed the defendant an unknown amount of cash. The defendant walked across the street to his car, a blue Dodge Magnum, bearing District of Columbia license plate number CM 3436. The defendant entered his car, leaned toward the center console, and then walked back to the individual and handed the individual a small, unknown object. The defendant repeated the same pattern during the second transaction, receiving cash from an individual whom the defendant handed a small unknown object moments later after returning from his Dodge Magnum.

The defendant stayed in the 1600 block until after 9 p.m., at which point, the defendant walked back to his Dodge Magnum, got in his car, and drove away in the direction of 16th Street and Good Hope Road, Southeast, Washington, D.C. Officer Turner gave a broadcast for the defendant and his Dodge Magnum, informing the arrest team that the suspect was driving away. Other MPD officers were driving near Good Hope Road and 16th Street and saw the defendant's blue Dodge Magnum approach the intersection of 16th & Good Hope Road. Seeing that the car matched the lookout, MPD officers pulled the defendant's vehicle over in the 1800 block of 16th Street, N.W., just a couple of blocks away from the OP. The defendant was the only occupant of the Dodge Magnum. The officers placed the defendant in handcuffs.

A search of the vehicle's center console revealed crack cocaine and a Glock semiautomatic pistol, loaded with ten rounds of .40 caliber ammunition. The crack cocaine was contained in two plastic bags. One bag contained 12 small, blue ziplock bags, each of which contained a white rock substance. The other plastic bag contained 8 twisted plastic wrappings each containing a white rock substance larger than the rocks in the 12 blue ziplock bags. The white rock substances field tested positive for cocaine base. During the arrest, the police also recovered $795, including thirty three $20 bills, two $50 bills, three $10 bills, and five $1 bills.

The defendant was arrested. Prior to being transported to 7D, Officer Turner performed a show up identification procedure in the 1800 block of 16th Street and confirmed that the defendant was the person he saw engage in the two hand-to-hand transactions in the 1600 block of V Street, Southeast, earlier that evening. He also confirmed that the Dodge Magnum was the same vehicle he saw the defendant enter and drive out of the 1600 block of V Street.

The white rock substances recovered from the center console of the Dodge Magnum owned by the defendant were later tested by the Drug Enforcement Administration and were

confirmed to be cocaine base, in the form known as crack, weighing 25.8 grams. The 12 blue ziplock bags contained approximately 2.5 grams of crack cocaine, and the 8 twisted bags contained a total of 23.3 grams of crack cocaine. Based on expert testimony, the government would prove that each of the small blue ziplock bags containing crack cocaine in this case sells on the streets of the District of Columbia for approximately $20, and that the eight twisted wrappings containing crack cocaine have a potential resale value of over $2,400.

Based on these facts, the Government would prove that the defendant possessed the crack cocaine found in his center console with the specific intent of selling it, and that he possessed the firearm for purposes of protecting himself and the crack cocaine he intended to sell.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the three (3) page Statement of Offense in the above-captioned case, 06-199 (GK), with my attorney, Brian McDaniel, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 5-16-07        _____
                     Darnell Stewart, Defendant

Date: 5/16/07        _____
                     Brian McDaniel, Esq., Attorney for Defendant

3