UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
                                   :
v.                                 :     Criminal No. 06-199 (GK)
                                   :
                                   :
DARNELL E. STEWART, JR.,           :     **FILED**
                                   :
     Defendant.                    :     MAY 1 6 2007
_____:
                                         NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT

## ORDER

It is hereby this 15th day of May, 2007,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Aug 1, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Aug 6, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Aug 13, 2007 at 4:15 pm.

IT IS SO ORDERED.

/s/ Gladys Kessler
Gladys Kessler
U.S. District Judge