UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) DOCKET NO.: 06-cr-199-01
)
Darnell Stewart )

**FILED**

AUG 0 1 2007

**ORDER**   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The U.S. Probation Office completed and disclosed the Presentence Report on July 5, 2007. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 1st day of August, 2007,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_Gladys Kessler_
**Gladys Kessler**
**United States District Judge**

_Aug. 1, 2007_
**Date**

