UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: 06-cr-199-01 |
| | ) | **FILED** |
| Darnell Stewart | ) | AUG 0 6 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

<u>O R D E R</u>

The U.S. Probation Office completed and disclosed the Presentence Report on July 5, 2007. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 6th day of August, 2007,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____Gladys Kessler_____
**Gladys Kessler**
**United States District Judge**

_____Aug, 6, 2007_____
**Date**