HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-199</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| STEWART, Jr., Darnell | : | Disclosure Date: <u>July 5, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                                      Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signed] Darnell Stewart* 8/8/07          *[signed]* 8/8/07
Defendant                      Date                     Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 19, 2007</u>, to U.S. Probation Officer <u>Kelli Griffin Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**  Page 2

Page 1 — defendant was released into HISP, not straight PR.

page 7 — The DC Sentencing guidelines recommend a prison only sentence of 41-84 months for the PWID while armed offense. According to the guidelines, the CPWL offense is "long-split or short-split permissible," meaning that for that count only, the court must sentence the defendant to some period of incarceration, but may suspend some of the imposed time. It is not correct, therefore, to say that the guidelines are not necessarily a recommendation for a sentence of imprisonment.

page 12 — According to the voluntary sentencing guidelines, the terms of imprisonment should be concurrent.

Signed by: _[signature]_
(Defendant/Defense Attorney/AUSA)

Date: 7-12-2007