UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-199 (GK) |
| | : | Civil Action No. 08-1393 (GK) |
| DARNELLE STEWART, JR., | : | **FILED** |
| | : | |
| Defendant. | : | AUG 1 2 2008 |
| | | Clerk, U.S. District and Bankruptcy Courts |

**ORDER**

This matter comes before the Court on Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.[1] Upon review of the Defendant's Motion, and the entire record in this case, it is hereby

**ORDERED**, that the Government respond to Defendant's Motion by **October 1, 2008**.

August 12, 2008

Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**

---

[1]   Section 2255 reads in pertinent part:

A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

28 U.S.C. § 2255.